```
STEVEN P. KRAKOWSKY
ATTORNEY AT LAW
10350 Santa Monica Boulevard
Suite 350
Los Angeles, California 90025
(310)552-7525
(310)552-7552 (fax)
State Bar No. 94047

Attorney for plaintiff
BREAKDOWN SERVICES, LTD.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>INTERNET SOLUTIONS CORPORATION, a Nevada corporation, doing business as TOO SPOILED; and DOES 1 though 10, inclusive,<br><br>            Defendants. | Case No. CV08-0615FMC(PLAx)<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE.<br><br><br><br><br><br><br><br>CASE ASSIGNED TO:<br>HON. FLORENCE-MARIE COOPER |

-1-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

WHEREAS the parties have entered into a complete settlement of the above-entitled action,

IT IS HEREBY STIPULATED by and between plaintiff Breakdown Services, Ltd., a California corporation, and defendant Internet Solutions Corporation, a Nevada corporation, doing business as Too Spoiled, through their respective attorneys of record, as follows:

1. The above-entitled action shall be dismissed with prejudice, with each party bearing its respective attorney's fees and costs of suit.
2. The Court shall retain jurisdiction of the parties and of the action in order to determine any future violations of the settlement agreement.

DATED: October 14, 2008

*[signature]*
STEVEN P. KRAKOWSKY, ESQ.
Attorneys for plaintiff
BREAKDOWN SERVICES, LTD.

DATED: October 14, 2008

*[signature]*
W. GARY KURTZ, ESQ.
Attorneys for defendant
INTERNET SOLUTIONS CORPORATION

-2-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

W. Gary Kurtz, Esq.
2625 Townsgate Road
Suite 330
Westlake Village, CA 91361

DATED: October 14, 2008

STEVEN P. KRAKOWSKY

-4-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE