STEVEN P. KRAKOWSKY
ATTORNEY AT LAW
10350 Santa Monica Boulevard
Suite 350
Los Angeles, California 90025
(310)552-7525
(310)552-7552 (fax)
State Bar No. 94047

Attorney for plaintiff
BREAKDOWN SERVICES, LTD.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation, | Case No.: CV08-0615FMC(PLAx) |
| Plaintiff, | ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE. |
| vs. | |
| INTERNET SOLUTIONS CORPORATION, a Nevada corporation, doing business as TOO SPOILED, and DOES 1 through 10 inclusive, | CASE ASSIGNED TO: HON. FLORENCE-MARIE COOPER |
| Defendants. | |

- 1 -

ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

**ORDER**

In accordance with the foregoing Stipulation,

IT IS HEREBY ORDERED that the Action shall be dismissed with prejudice. The parties shall each bear their own attorney's fees and costs of suit.  The Court shall retain jurisdiction of the parties and of the action in order to determine any future violations of the settlement agreement

DATED: October 15, 2008

_____
HON. FLORENCE-MARIE COOPER
United States District Judge

ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 14, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

W. Gary Kurtz, Esq.
2625 Townsgate Road
Suite 330
Westlake Village, CA 91361

DATED: October 14, 2008

                                                               _____
                                                                  STEVEN P. KRAKOWSKY

ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE